IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHAYA FLEMING and <br> CATRECE Y. MOSLEY <br><br> PlaintiffS, <br><br> v. <br><br> CITY OF EAST ST LOUIS <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 15-CV-548 <br> ) JURY TRIAL DEMAND <br> ) <br> ) <br> ) |

## COMPLAINT

The Plaintiffs, CHAYA FLEMING and CATRECE Y. MOSLEY, by and through their attorney, Greg Roosevelt for their Complaint against the City of East St. Louis states as follows:

1. Chaya Fleming is a resident of East St. Louis, Illinois and is a citizen of the Southern District of Illinois.

2. Catrece Mosley is a resident of East St. Louis, Illinois and is a citizen of the Southern District of Illinois.

3. The City of East St. Louis is a municipality located in the Southern District of Illinois and has its offices in East St. Louis.

4. Both Plaintiffs, Chaya Fleming and Catrece Mosley, were employed by the City of East St. Louis, Illinois on May 15, 2013.

5. The Plaintiffs, Chaya Fleming and Catrece Mosley, were ordered by the Defendant to undergo random drug testing at the City of East St. Louis Municipal Building.

6. Catrece Mosley was escorted into a restroom by officials employed by the City to conduct said test and Catrece Mosley was ordered to urinate while a contractual employee of the City of East St. Louis watched Catrece Mosley urinate. The Plaintiff objected but the City

ordered the process as the contractual employee of the City stood directly in front of Ms. Mosley in full view of her genitalia as she urinated. The Plaintiffs right of privacy and expectation of privacy was violated with the Plaintiff having an expectation of privacy under the Fourth Amendment of the Constitution of the United States. There were no exigent or other circumstances to justify the need for the gross privacy intrusion by the direct observation of the act of urination.

7.      Chaya Fleming was escorted into a restroom by officials employed by the City to conduct said test and Chaya Fleming was ordered to urinate while a contractual employee of the City of East St. Louis watched Chaya Fleming urinate. The Plaintiff objected but the City ordered the process as the contractual employee of the City stood directly in front of Ms. Fleming in full view of her genitalia as she urinated. The Plaintiffs right of privacy and expectation of privacy was violated with the Plaintiff having an expectation of privacy under the Fourth Amendment of the Constitution of the United States. There were no exigent or other circumstances to justify the need for the gross privacy intrusion by the direct observation of the act of urination.

8.      Subsequently, the Plaintiffs were both wrongfully discharged from their employ of the City of East St. Louis in violation of their constitutional rights.

9.      The City of East St. Louis has conducted a search and seizure in violation of the Fourth Amendment to the Constitution and 49 U.S. Code 1983 and the Plaintiffs have been wrongfully discharged as a result, suffered grievous emotional distress and upset over the violation of their expectation of privacy, and request that this Court award damages for emotional distress, loss of benefits, and loss of wages each in an amount in excess of $100,000.

WHEREFORE, the Plaintiffs each seek judgment against the Defendant in an amount in excess of $100,000.

Respectfully submitted,

/s/Greg Roosevelt
Greg Roosevelt, #02375427
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025
618-656-9160 / 618-692-9718 Fax
gregroosevelt@gmail.com

**TRIAL BY JURY REQUESTED**