UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**CHAYA FLEMING et al**,

    **Plaintiff,**

v.

**CITY OF EAST ST. LOUIS**,

    **Defendants.**                                                                       No. 15-cv-548-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the OrderS entered by this Court on April 21, 2016 (Doc. 22) and June 9, 2016 (Doc. 24), this case is **DISMISSED** with prejudice.

                                            **JUSTINE FLANAGAN,**
                                              **ACTING CLERK OF COURT**

                                              BY:       /s/*Caitlin Fischer*
                                                           **Deputy Clerk**

Dated:   August 23, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.08.23 11:02:00 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT